USCA1 Opinion

 

 March 18, 1994 UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. No. 93-2193 ANTHONY M. KOWAL, Plaintiff, Appellant, v. ROBERT B. REICH, ETC., Defendant, Appellee. ____________________ ERRATA SHEET This opinion of this court issued on February 25, 1994, is amended as follows: Page 2, last line, please change " Loc. R. 26.1" to "Loc R. 27.1." February 25, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ___________________ No. 93-2193 ANTHONY M. KOWAL, Plaintiff, Appellant, v. ROBERT B. REICH, ETC., Defendant, Appellee. __________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Frank H. Freedman, U.S. District Judge] ___________________ ___________________ Before Breyer, Chief Judge, ___________ Boudin and Stahl, Circuit Judges. ______________ ___________________ Stephen R. Kaplan on brief for appellant. _________________ Donald K. Stern, United States Attorney, and Karen L. ________________ _________ Goodwin, Assistant United Stated Attorney, on brief for appellee. _______ __________________ __________________ Per Curiam. The district court decision ___________ dismissing this case is affirmed on the grounds that the case is moot. See Garita Hotel Ltd. v. Ponce Federal Bank, 958 ___ _________________ ___________________ F.2d 15, 19 (1st Cir. 1992) (appellate court "has discretionary authority to affirm a judgment on any indepenently sufficient ground exemplified in the record.") Since appellant filed his complaint, the government has provided all of the relief sought therein. The only exception is a request for an assurance by the local Office of Workers' Compensation Programs ("OWCP") that it will "stay in contact and share further generated documents." Appellant has failed, however, to state any grounds upon which he would be entitled to such relief. Appellant's contention that the OWCP continues to adhere to a disability cessation date called into question by the hearing representative is a matter not within this court's jurisdiction. See 5 U.S.C. 8128(b); Paluca v. ___ ______ Secretary of Labor, 813 F.2d 524, 528 (1st Cir.), cert. ___________________ ____ denied, 484 U.S. 943 (1987). The Federal Employees' ______ Compensation Act, 5 U.S.C. 8101 et seq., provides for the __ ___ appeal of such payment decisions to an OWCP hearing representative or to the Employees' Compensation Appeals Board. -3- ___ The district court decision granting the government's motion to dismiss is summarily affirmed pursuant to Loc. R. 27.1. -4- ___